DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL JOSEPHUS BOONE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1405

[June 18, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael Carlton Heisey, Judge; L.T. Case No. 562021CF002921AXXXXX.

Richard Keith Alan II, Palm Beach Gardens, for appellant.

James Uthmeier, Attorney General, and Zi Jin Peter Chan, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***